STATE OF FLORIDA *ex rel.* C. J. CLARK, *Plaintiff in Error,*
v. E. D. VAUGHN, CHIEF OF POLICE, CITY OF ST. PETERS-
BURG, *Defendant in Error.*

. Division B.

Opinion Filed November 22, 1926.

1. Affirmed upon authority of the opinions in the cases of
  Carter v. State, 65 Fla. 347 and Gillooley v. Vaughn *et al.*,
  filed at this term of the Court.

A Writ of Error to the . Circuit Court for Pinellas
County; Freeman P. Lane, Judge.

Affirmed.

*James F. Bickers,* for Plaintiff in Error;

*Booth & Hobson, A. S. Bradley* and *Mabry, Reaves &
Carlton,* for Defendant in Error.

PER CURIAM.—The writ of error in this case was issued
on the 17th day of May, 1926, and was made returnable
to the 10th day of June, 1926. This was in compliance
with Section 3580, Rev. Gen. Statutes of Fla., and also
complied with the view expressed by this Court in the case
of Carter v. State, 65 Fla. 347.

In the case of Gillooley, Appellant, v. Vaughn *et al.*,
Appellee, in opinion filed at this term of the Court, this
Court held that ordinance 422-a, the validity of which is
here questioned, appeared to be valid in all respects.

The order of the Circuit Court remanding the petitioner
to the custody of E. D. Vaughn, as Chief of Police of the
City of St. Petersburg, is now affirmed upon the authority

of the opinion in the case of Gillooley v. Vaughn, filed at
this term of the Court.

Affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J.,
concur.

BROWN, C. J., AND ELLIS AND STRUM, J. J., concur in the
opinion.